United States District Court
Southern District of Texas
**ENTERED**
May 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **HIDOLINA MORALES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00804** |
| | § | |
| **WARDEN, CORECIVIC LAREDO** | § | |
| **PROCESSING CENTER,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is *pro se* Petitioner Hidolina Morales's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the habeas petition, (Dkt. 1), and serve it on Petitioner via mail by any receipted means no later than **May 11, 2026**, which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is permitted to submit a reply to Respondents' response on or before **May 20, 2026**.

The Clerk of Court is **DIRECTED** to e-mail a copy of Docket Entry No. 1, and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Daniel.Hu@usdoj.gov.

The Clerk of Court is also **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following address:

> **Hidolina Morales**
> **A#245-604-967**
> **CoreCivic Laredo Processing Center**
> **4702 E Saunders St.**

1 / 2

**Laredo, TX 78040**

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** beforehand.

IT IS SO ORDERED.

SIGNED this May 4, 2026.

Diana Saldaña
United States District Judge

2 / 2